IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams, Danielle L

Printed: 03/24/09

Case Number: 04 B 30530
Judge: Hollis, Pamela S
Filed: 8/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 6, 2009
Confirmed: October 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 88,609.96 |  |
| Secured: |  | 11,371.00 |
| Unsecured: |  | 67,966.90 |
| Priority: |  | 500.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 4,779.64 |
| Other Funds: |  | 1,292.42 |
| Totals: | 88,609.96 | 88,609.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Key Bank USA National Association | Secured | 11,371.00 | 11,371.00 |
| 3. | Aero Advance Financial Inc | Priority | 500.00 | 500.00 |
| 4. | Quick Payday | Unsecured | 400.00 | 0.00 |
| 5. | Rush University | Unsecured | 6,800.40 | 4,074.59 |
| 6. | VIP Cash | Unsecured | 375.00 | 375.00 |
| 7. | Educational Credit Management Corp | Unsecured | 61,585.65 | 61,585.65 |
| 8. | Key Bank USA National Association | Unsecured | 545.93 | 545.93 |
| 9. | Cingular Wireless | Unsecured | 1,122.81 | 0.00 |
| 10. | Capital One | Unsecured | 1,385.73 | 1,385.73 |
| 11. | Bank One | Unsecured |  | No Claim Filed |
| 12. | AAP Financial Group | Unsecured |  | No Claim Filed |
| 13. | Delaware Bank | Unsecured |  | No Claim Filed |
| 14. | EFG Technologies | Unsecured |  | No Claim Filed |
| 15. | First Premier | Unsecured |  | No Claim Filed |
|  |  |  | $ 86,786.52 | $ 82,537.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Danielle L

Printed: 03/24/09

Case Number: 04 B 30530
Judge: Hollis, Pamela S
Filed: 8/17/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 741.99 |
| 4% | 211.19 |
| 3% | 136.12 |
| 5.5% | 833.69 |
| 5% | 226.02 |
| 4.8% | 472.85 |
| 5.4% | 1,742.71 |
| 6.6% | 415.07 |
|  | $ 4,779.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

